UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ABOUMRAD AND DEANNE ABOUMRAD,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>U.S. BANK AND DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No.  13-cv-01273-GEB-AC<br><br>Honorable Garland E. Burrell, Jr.<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Complaint served: July 2, 2013<br>Previous response date: July 24, 2013<br>Current response date: August 21, 2013<br>New response date: September 18, 2013<br><br>[Complaint filed: June 25, 2013] |

　　　Defendant US Bank, N.A. and Plaintiffs George Aboumrad and Deanne Aboumrad ("Plaintiffs") stipulated to a second 28 day extension of the time in which US Bank has to respond to Plaintiffs' Complaint.  The Parties indicate that the extension will give them extra time to discuss settlement and that US Bank requires more time to determine if a settlement offer is a viable resolution.

　　　Therefore, the Court orders that US Bank's response is now due on September 18, 2013.

　　　Dated:  August 20, 2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

-1-

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT