PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ABOUMRAD AND DEANNE ABOUMRAD,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>U.S. BANK AND DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No.  13-cv-01273-GEB-AC<br><br>Honorable Garland E. Burrell, Jr.<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Complaint served: July 2, 2013<br>First response date: July 24, 2013<br>Second response date: August 21, 2013<br>Current Respond Date: September 18, 2013<br>Proposed response date: October 16, 2013<br><br>[Complaint filed: June 25, 2013] |

　　　Defendant US Bank, N.A. and Plaintiffs George Aboumrad and Deanne Aboumrad ("Plaintiffs") stipulated to a third 28 day extension of the time in which US Bank has to respond to Plaintiffs' Complaint.  The Parties indicated that the extension will give them extra time to consummate a settlement agreement.  The Parties indicated that they should be able to settle this case within 28 days of the current response date.  The Parties indicated that they need more time to draft the settlement agreement and obtain approval by their clients of the final written agreement.

1    The Court orders that US Bank's response is due no later than October
2 16, 2013.
3    Dated:  September 17, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge