UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ABOUMRAD and DEANNE ABOUMRAD,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK and DOES 1-20, INCLUSIVE,<br><br>　　　　Defendants. | No.  2:13-cv-01273-GEB-AC<br><br>**ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　　　The June 25, 2013 Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case on October 28, 2013, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. No status report was filed as ordered.

　　　　Therefore, the parties are ordered to show cause ("OSC") in a writing to be filed no later than November 1, 2013, why sanctions should not be imposed against the party and/or the party's counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether the party or the party's counsel is at fault, and whether a hearing is requested on the OSC.[1] If a hearing is requested, it will be held on December 9,

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." In re Sanction of Baker, 744

1

1 | 2013, at 9:00 a.m., just prior to the status conference, which is
2 | rescheduled to that date and time. A status report shall be filed
3 | no later than fourteen (14) days prior to the status conference.
4 |     IT IS SO ORDERED.
5 |     Dated:  October 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

27 | F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).
Sometimes the faults of attorneys, and their consequences, are visited upon
28 | clients. Myers v. Shekter (In re Hill), 775 F.2d 1385, 1387 (9th Cir. 1985).

2