PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ABOUMRAD AND DEANNE ABOUMRAD,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK AND DOES 1-20, inclusive,<br><br>Defendants. | Case No. 13-cv-01273-GEB-AC<br><br>Honorable Garland E. Burrell, Jr.<br><br>**ORDER GRANTING PARTIES' REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Complaint served: July 2, 2013<br>First Response Date: July 24, 2013<br>Second Response Date: August 21, 2013<br>Third Respond Date: September 18, 2013<br>Fourth Response Date: October 16, 2013<br>Current Response Date: November 13, 2013<br><br>Proposed Response Date: December 11, 2013<br><br>[Complaint filed: June 25, 2013] |

Defendant US Bank, N.A. and Plaintiffs George Aboumrad and Deanne Aboumrad ("Plaintiffs") stipulated to a third 28 day extension of the time in which US Bank has to respond to Plaintiffs' Complaint. The Parties indicated that the extension will give them extra time to consummate a settlement agreement. The Parties indicated that they should be able to settle this case within 28 days of the current response date. The Parties indicated that they need more time to draft the settlement agreement and obtain approval by their clients of the final written agreement.

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

In light of the parties' representations, US Bank's response is now due no later than December 11, 2013. The parties' representations include the assertions that the Court finds US Bank has not waived any objection to the venue or to the jurisdiction of the court over the person of the defendant, or any other challenge to the Complaint or other pleadings in this case. These assertions are not adopted by the Court since it has not been shown that these assertions should be part of this order.

The Parties also request that the Court continue the Status (Pretrial Scheduling) Conference for 28 days (and the corresponding due date for the Rule 16/26 Joint Status Report) so they do not have to take up the Court's time and resources reviewing the Joint Status Report and conducting a scheduling conference if one is not necessary. The Court continues the Status (Pretrial Scheduling) Conference to January 21, 2014, commencing at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED**.

Dated: November 13, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge